years with 2 years suspended; concurrent with DC-82-050 imposed on February 16, 1983 was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 6 years with 3 years suspended; to be served concurrently with DC-82-050, and the Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence.

Reasons for the amendment are:

(1) Lack of pre-sentence report;

(2) No disposition as to what sentences the Co-Defendants received.

This amendment brings the sentence more in line with other crimes of a similar nature.

We wish to thank Paul Sharkey of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Thirteenth Judicial District, County of Carbon, STATE OF MONTANA, Plaintiff vs. ELROY MICHAEL BOOKE, Defendant.

## DECISION

No. 1399

The application of the above-named defendant for a review of the sentence of 40 years on each of 2 counts; to be served consecutively imposed on September 15, 1977, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 40 years on Count I, and 40 years with 20 years suspended on Count II; the sentences shall be served consecutively, and the Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence.

The original sentence imposed seemed to be excessive compared to others of a similar nature.

We wish to thank Leonard Haxby, Attorney from Butte, for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. RAYMOND MORRIS, Defendant.

▆▆▆▆▆▆▆▆▆▆▆

## DECISION

No. DC-83-011

The application of the above-named defendant for a review of the sentence of 15 years on each of 2 counts to be served concurrently plus 2 years for the use of a weapon, to be served consecutively imposed on May 10, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 6 years on each of two Counts of Robbery to be served concurrently, plus 2 years for the use of a weapon, to be served consecutively to the robbery charges.

Reasons for the amended sentence are:

(1) No previous criminal record;

(2) the age of the Defendant at the time of the offense;

(3) Defendant has a good work record, and this Board finds that he would be a good candidate for rehabilitation; and

(4) it brings the sentence more in line with other crimes of similar nature.

We wish to thank Gene Brown, Attorney from Bozeman, for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

▆▆▆▆▆▆▆▆

From: The District Court of the Twelfth Judicial District, County of Hill, STATE OF MONTANA, Plaintiff vs. DENNIS VIRGIL DONEY, Defendant.

### DECISION

No. DC-80-006

The application of the above-named defendant for a review of the sentence of 10 years; 10 years; Concurrent; Persistent Felony Offender-5 years; Consecutive to the two 10 year terms imposed on December 8, 1980, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Board finds that under the circumstances the sentence imposed was fair and just.

We wish to thank Wendy Holton of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

▆▆▆▆▆▆▆▆